NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NCLN20, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5001

---

Appeal from the United States Court of Federal Claims in Case No. 02-CV-1282, Judge Susan G. Braden.

---

**JUDGMENT**

---

GEORGE ELLIOTT ELLIS, The Ellis Law Firm, of Brooklyn, New York, argued for plaintiff-appellant.

DOUGLAS K. MICKLE, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director. Of counsel on the brief was DIANNE FOOSE, Office of the Principal Legal Advisor, United States Department of Homeland Security, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, REYNA, and WALLACH, Circuit Judges).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2012          /s/ Jan Horbaly
Date                              Jan Horbaly
                                      Clerk